RECEIVED
IN LAKE CHARLES, LA

JAN -9 2013

TONY R. MOORE, CLERK
BY_____
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

NKEMJIKA BONLIONEL IKE

VS.

J.P. YOUNG, ET AL.

CIVIL ACTION NO. 2:11-cv-2011

SECTION P

JUDGE MINALDI
MAGISTRATE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this ___7___ day of _____, 2013.

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**